## THOMPSON v. THE STATE.
(Decided January 21st, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## TURNER v. THE CITY OF ANNISTON.
(Decided January 12th, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. S. W. TATE, for appellee.

Per curiam. Affirmed on certificate.

---

## WATTS v. THE STATE.
(Decided February 4th, 1915.)

APPEAL from Colbert Circuit Court.

Heard before Hon. C. P. ALMON.

KIRK, CARMICHAEL & RATHER, for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## WHEELER v. THE STATE.
(Decided February 14th, 1915.)

APPEAL from Geneva Circuit Court.

Heard before Hon. H. A. PEARCE.

W. O. MULKEY, for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Affirmed on the record.